

**MWM Law LLC**
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
Office: 484-238-0899

Maureen W. Marra
maureen@mwmlawllc.com

*Member: MD, NJ, PA, VA Bars*

January 16, 2024

VIA ECF
The Honorable Juan R. Sánchez
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse, Room 14613
Philadelphia, Pennsylvania 19106-1797

    Re:    Cement Masons Union Local No. 592 Pension Fund, et al. v. Aurand Masonry Concrete, LLC  [U.S.D.C. E.D.Pa. No. 23-cv-1727]

Your Honor:

    I represent the Plaintiffs in this matter. I write to inform the Court that the parties have agreed to resolve this litigation by Settlement Agreement dated January 2, 2024 ("Agreement").

    In accordance with paragraphs 1 and 5 of the Agreement, Defendant Aurand Masonry Concrete, LLC, by its owner and President Pete Aurand, agreed that the Court should immediately enter the duly executed Stipulation and Consent of Judgment. Enclosed are the Stipulation and Consent of Judgment and corresponding Agreement ("Exhibit A").

    Sincerely,

    */s/ Maureen W. Marra*

    MAUREEN W. MARRA (309865)
    MWM Law LLC
    Attorney for Plaintiffs

Enclosures

CC:  Joseph Moskauski, Fund Administrator (email only)
      Aurand Masonry Concrete, LLC